RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BRIAN PUGH
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brian_Pugh@fd.org

Attorney for CHAD MICHAEL NICHOLS

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHAD MICHAEL NICHOLS,<br><br>　　　　　Defendant. | Case No. 15-CR-165-APG<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Andrew Duncan, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Brian Pugh, Assistant Federal Public Defender, counsel for CHAD MICHAEL NICHOLS, that the Sentencing Hearing currently scheduled on March 1, 2016, be vacated and continued to a date and time convenient to the Court, but not to exceed sixty (60) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Defense counsel needs additional time to submit any sentencing briefs and effectively and thoroughly investigate sentencing matters.

　　　　2.　　The defendant is in custody and agrees with the need for the continuance.

　　　　3.　　The parties agree to the continuance.

This is the first request for a continuance of the sentencing hearing.

DATED this 18th day of February, 2016.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN<br>United States Attorney |
| */s/ Brian Pugh*<br>By_____<br>BRIAN PUGH<br>Assistant Federal Public Defender | */s/ Andrew Duncan*<br>By_____<br>ANDREW DUNCAN<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHAD MICHAEL NICHOLS,<br><br>　　　　　Defendant. | Case No. 15-CR-165-APG<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled March 1, 2016 at 11:00 a.m., be vacated and continued to  5/26/2016  at the hour of   10:00  a .m.; or to a time and date convenient to the court in Courtroom 6C.

　　　DATED this  18th  of February, 2016.

_____
UNITED STATES DISTRICT JUDGE