CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar No. 14853

SUMMER A. JOHNSON
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
E-mail: Summer.Johnson@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:15-cr-00165-APG-NJK |
|     Judgment Creditor, | **ORDER TO DISSOLVE WRIT OF CONTINUING GARNISHMENT** |
| v. | |
| CHAD NICHOLS, | |
|     Judgment Debtor, | |
| and | |
| AMERICAN EAGLE TRANSPORTATION, and its Successors or Assigns, | |
|     Garnishee. | |

This matter is before the Court on the motion of the United States to Dissolve the Writ of Continuing Garnishment directed to American Eagle Transportation, and its successor or assigns, at 120 W. Delhi Avenue, North Las Vegas, NV 89032.

The special assessment and restitution debt imposed in the criminal case, 2:15-cr-00165-APG-NJK having been paid in full,

/ / /

/ / /

/ / /

/ / /

4

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that the Writ of Continuing Garnishment issued to American Eagle Transportation, and its successor or assigns, on August 21, 2020 is hereby dissolved.

Dated: April 16, 2021

_____
UNITED STATES DISTRICT JUDGE
Case No.: 2:15-cr-00165-APG-NJK

5